Same case below, 404 Fed. Appx. 878.

**No. 10-9515. David Eugene Nicklas, Petitioner v. United States.**

565 U.S. 829, 132 S. Ct. 124, 181 L. Ed. 2d 47, 2011 U.S. LEXIS 5381.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 623 F.3d 1175.

**No. 10-9531. Carey Dale Grayson, Petitioner v. Kim T. Thomas, Interim Commissioner, Alabama Department of Corrections.**

565 U.S. 829, 132 S. Ct. 124, 181 L. Ed. 2d 47, 2011 U.S. LEXIS 5264.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9541. John M. Stephenson, Petitioner v. Bill K. Wilson, Superintendent, Indiana State Prison.**

565 U.S. 829, 132 S. Ct. 124, 181 L. Ed. 2d 47, 2011 U.S. LEXIS 5742.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 619 F.3d 664.

**No. 10-9543. Ashlea Danielle Brown, Petitioner v. United States.**

565 U.S. 829, 132 S. Ct. 125, 181 L. Ed. 2d 47, 2011 U.S. LEXIS 5674.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9582. Jeffery Eugene Haas, Petitioner v. United States.**

565 U.S. 829, 132 S. Ct. 125, 181 L. Ed. 2d 47, 2011 U.S. LEXIS 5580.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 623 F.3d 1214.

**No. 10-9600. Jessie Wayne Pillette, Petitioner v. Mary Berghuis, Warden.**

565 U.S. 829, 132 S. Ct. 125, 181 L. Ed. 2d 47, 2011 U.S. LEXIS 5286.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 408 Fed. Appx. 873.

**No. 10-9601. Jose Parks, Petitioner v. United States.**

565 U.S. 829, 132 S. Ct. 125, 181 L. Ed. 2d 47, 2011 U.S. LEXIS 5898.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 620 F.3d 911.